IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) |
| v. | ) CASE NO. 4:19 CR 427 |
| | ) Title 18, United States Code, |
| RONALD L. ELLIS, | ) Section 876(c) |
| Defendant. | ) JUDGE POLSTER |

COUNT 1
(Mailing Threatening Communications, 18 U.S.C. § 876(c))

The Grand Jury charges:

On or about June 11, 2019, in the Northern District of Ohio, Eastern Division, Defendant RONALD L. ELLIS, knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and caused to be delivered by the Postal Service according to the directions thereon, a communication addressed to United Healthcare, Appeals and Grievance Department in Cypress, CA, 90630, and containing a threat to injure another person, in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.